UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00105

**Palestine Church,**
*Plaintiff,*

v.

**Utica Lloyd's of Texas,**
*Defendant.*

### O R D E R

The parties filed a joint motion to dismiss this case with prejudice. Doc. 59. Because it is "signed by all parties who have appeared," Fed. R. Civ. P. 41(a)(1)(A)(ii), the court construes it as a stipulation of dismissal. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, this action is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on August 4, 2025.*

J. CAMPBELL BARKER
United States District Judge